UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
NEIL PULLEN                               §    Case No. 11-17799-KSJ
                                          §
                                          §
_____Debtor(s)_____       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ARVIND MAHENDRU_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 11-17799 | KSJ | Judge: | Karen S Jennemann | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|
| Case Name: | NEIL PULLEN | | | | Date Filed (f) or Converted (c): | 11/28/11 (f) |
| | | | | | 341(a) Meeting Date: | 01/04/12 |
| For Period Ending: 05/13/13 | | | | | Claims Bar Date: | 05/08/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Principal Residence (3 bedroom, 2 bathroom) 3111 Dillman Dri | 130,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Investment Property (4 bedroom, 3 bathroom) 188 Country Lake | 108,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Checking account | 500.00 | 0.00 | | 0.00 | FA |
| 4 | TV, sofa, dining table, coffee table, chairs, bedroom sets, | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | prints, books | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Partial interest in MiTech Systems | 0.00 | 21,250.00 | | 21,250.00 | FA |
| 8 | Partial Interest in Steeler Group, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2003 Chevy Astro Van 128,604 miles, fair condition | 1,467.00 | 0.00 | OA | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.49 | Unknown |
| | TOTALS (Excluding Unknown Values) | $243,667.00 | $21,250.00 | | $21,250.49 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset # 7 - 11 (eleven) consecutive monthly payments of $1,780.00 and 1 (one) final payment of $1,670.00 beginning on March 1, 2012
Notice of Intent to Sell and Notice of Abandonment of Property 9/28/12

Initial Projected Date of Final Report (TFR): 03/15/13     Current Projected Date of Final Report (TFR): 02/13/13

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-17799
Case Name: NEIL PULLEN
Taxpayer ID No: XX-XXX5913
For Period Ending: 05/13/13

Trustee Name: ARVIND MAHENDRU
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX8151 - Money Market Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/29/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | stock buyback | 1129-000 | 1,780.00 | | 1,780.00 |
| 03/30/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | company buyback | 1129-000 | 1,780.00 | | 3,560.00 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,560.01 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1.90 | 3,558.11 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,558.14 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.23 | 3,553.91 |
| 05/02/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | compnay buyback | 1129-000 | 1,780.00 | | 5,333.91 |
| 05/18/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | company payment | 1129-000 | 1,780.00 | | 7,113.91 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,113.96 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 6.85 | 7,107.11 |
| 06/27/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | company payment | 1129-000 | 1,780.00 | | 8,887.11 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,887.17 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.45 | 8,878.72 |
| 07/23/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | company payment | 1129-000 | 1,780.00 | | 10,658.72 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,658.80 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 11.86 | 10,646.94 |

Page Subtotals    10,680.23    33.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 11-17799
Case Name: NEIL PULLEN
Taxpayer ID No: XX-XXX5913
For Period Ending: 05/13/13

Trustee Name: ARVIND MAHENDRU
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX8151 - Money Market Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | stock payment | 1129-000 | 1,780.00 | | 12,426.94 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,427.03 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 13.53 | 12,413.50 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,413.59 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 13.88 | 12,399.71 |
| 10/02/12 | 7 | PULLEN, NEIL<br>3111 DILLMAN DRIVE<br>SAINT CLOUD, FL 34769 | stock buyback | 1129-000 | 1,780.00 | | 14,179.71 |
| 10/22/12 | INT | BANK OF AMERICA, N.A. | | 1270-000 | 0.08 | | 14,179.79 |
| 10/22/12 | | Transfer to Acct#XXXXXX1851 | Transfer of Funds | 9999-000 | | 14,169.04 | 10.75 |
| 10/22/12 | | BANK OF AMERICA, N.A. | | 2600-000 | | 10.75 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 14,240.49 | 14,240.49 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 14,169.04 | |
| Subtotal | | 14,240.49 | 71.45 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 14,240.49 | 71.45 | |

Page Subtotals           3,560.26           14,207.20

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

Case No: 11-17799
Case Name: NEIL PULLEN
Taxpayer ID No: XX-XXX5913
For Period Ending: 05/13/13

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX1851 - Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/22/12 | | Transfer from Acct#XXXXXX8151 | Transfer of Funds | 9999-000 | 14,169.04 | | 14,169.04 |
| 10/30/12 | 7 | PULLEN, NEIL 3111 DILLMAN DRIVE SAINT CLOUD, FL 34769 | equity payment | 1129-000 | 1,780.00 | | 15,949.04 |
| 11/26/12 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 15,934.04 |
| 12/01/12 | 7 | PULLEN, NEIL 3111 DILLMAN DRIVE SAINT CLOUD, FL 34769 | Stock Payment | 1129-000 | 1,780.00 | | 17,714.04 |
| 01/02/13 | 7 | PULLEN, NEIL 3111 DILLMAN DRIVE SAINT CLOUD, FL 34769 | company equity payment | 1129-000 | 1,780.00 | | 19,494.04 |
| 01/31/13 | 7 | PULLEN, NEIL 3111 DILLMAN DRIVE SAINT CLOUD, FL 34769 | stock payment | 1129-000 | 1,670.00 | | 21,164.04 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 21,179.04 | 15.00 | 21,164.04 |
| Less: Bank Transfers/CD's | 14,169.04 | 0.00 | |
| Subtotal | 7,010.00 | 15.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 7,010.00 | 15.00 | |

| | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Money Market Account - XXXXXX8151 | | 14,240.49 | 71.45 | 0.00 |
| Checking Account - XXXXXX1851 | | 7,010.00 | 15.00 | 21,164.04 |
| | | 21,250.49 | 86.45 | 21,164.04 |
| | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 21,250.49
Total Gross Receipts: 21,250.49

Page Subtotals       21,179.04       15.00

UST Form 101-7-TFR (5/1/2011)   *(Page: 6)*

# Middle District of Florida
# Claims Register

### 6:11-bk-17799-KSJ Neil Pullen

**Chief:** Karen S. Jennemann    **Chapter:** 7
**Office:** Orlando    **Last Date to file claims:** 05/08/2012
**Trustee:** Arvind Mahendru    **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (21607664)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 1**<br>*Original Filed Date:* 02/10/2012<br>*Original Entered Date:* 02/10/2012 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Discover Bank DB Servicing Corp (RC)<br>*Modified:* |

Amount claimed: $11680.65

*History:*

  Details   1-1   02/10/2012 Claim #1 filed by Discover Bank, Amount claimed: $11680.65 (Discover Bank DB Servicing Corp (RC))

*Description:*
*Remarks:* **8049** *(handwritten)*

| | | |
|---|---|---|
| *Creditor:* (21328925)<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | **Claim No: 2**<br>*Original Filed Date:* 02/17/2012<br>*Original Entered Date:* 02/17/2012<br>*Last Amendment Filed:* 02/05/2013<br>*Last Amendment Entered:* 02/05/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service<br>*Modified:* |

Amount claimed: $1942.92
Secured claimed: $0.00
Priority claimed: $1827.96

*History:*

  Details   2-1   02/17/2012 Claim #2 filed by Internal Revenue Service, Amount claimed: $2606.92 (Internal Revenue Service)

  Details   2-2   02/05/2013 Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $1942.92 (Internal Revenue Service)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (21724090)<br>FIA Card Services, N.A. as successor to Bank of America, N.A. (USA) and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | **Claim No: 3**<br>*Original Filed Date:* 03/08/2012<br>*Original Entered Date:* 03/08/2012 | *Status:*<br>*Filed by:* cr<br>*Entered by:* Auto-Claim Filer<br>*Modified:* |

Amount claimed: $22395.91

*History:*

Details   3-1   03/08/2012   Claim #3 filed by FIA Card Services, N.A. as successor to, Amount claimed: $22395.91 (Auto-Claim Filer)

Description:
Remarks: (3-1) Account Number (last 4 digits):<u>8481</u>

| | | | |
|---|---|---|---|
| Creditor: (21724090)<br>FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | **Claim No: 4**<br>Original Filed<br>Date: 03/08/2012<br>Original Entered<br>Date: 03/08/2012 | Status:<br>Filed by: cr<br>Entered by: Auto-Claim Filer<br>Modified: | |

Amount claimed: $10872.60

History:

Details   4-1   03/08/2012   Claim #4 filed by FIA Card Services, N.A. as successor to, Amount claimed: $10872.60 (Auto-Claim Filer)

Description:
Remarks: (4-1) Account Number (last 4 digits):<u>6293</u>

| | | |
|---|---|---|
| Creditor: (22688681)<br>Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712   Claimant<br>History | **Claim No: 5**<br>Original Filed<br>Date: 04/27/2012<br>Original Entered<br>Date: 04/27/2012 | Status: Transfer of Claim 27<br>Filed by: CR<br>Entered by: Jill A Sturgeon<br>Modified: |

Amount claimed: $1305.34

History:

Details   5-1   04/27/2012   Claim #5 filed by HSBC Bank Nevada, N.A., Amount claimed: $1305.34 (Sturgeon, Jill )

   27   10/31/2012   Notice of Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada, N.A. (Claim No. 5) To Capital One, N.A.. [Notice to Transferor/Transferee of the filing of the Transfer to be mailed by BNC] Filed by Creditor Capital One, N.A.. (Bass, Patti) Status: Transfer of Claim

Description:
Remarks: **4856**

| | | |
|---|---|---|
| Creditor: (21328939)<br>Neal T. McShane, P.A.<br>836 Highland Avenue<br>Orlando, FL 32803-3941 | **Claim No: 6**<br>Original Filed<br>Date: 05/07/2012<br>Original Entered<br>Date: 05/07/2012 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |

Amount claimed: $4328.69

History:

Details   6-1   05/07/2012   Claim #6 filed by Neal T. McShane, P.A., Amount claimed: $4328.69 (Auto-Claim Filer)

Description:
Remarks: (6-1) Account Number (last 4 digits):<u>0306</u>

**Claims Register Summary**

Case Name: Neil Pullen
Case Number: 6:11-bk-17799-KSJ
Chapter: 7
Date Filed: 11/28/2011
Total Number Of Claims: 6

| Total Amount Claimed* | $52526.11 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $1827.96 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/13/2013 17:06:14 | | | |
| PACER Login: | am7140 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 6:11-bk-17799-KSJ Filed or Entered From: 1/1/2011 Filed or Entered To: 2/13/2013 |
| Billable Pages: | 1 | Cost: | 0.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17799-KSJ
Case Name: NEIL PULLEN
Trustee Name: ARVIND MAHENDRU

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ARVIND MAHENDRU | $ | $ | $ |
| Trustee Expenses: ARVIND MAHENDRU | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 3 | FIA Card Services, N.A. as successor to | $ | $ | $ |
| 4 | FIA Card Services, N.A. as successor to | $ | $ | $ |
| 5 | Capital One, N.A. | $ | $ | $ |
| 6 | Neal T. McShane, P.A. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

                                    NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance        $_____