Case Number: 6:11-17799-KSJ

Debtor Name: NEIL PULLEN

Date: August 24, 2013

PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $21,164.04 |
| | ARVIND MAHENDRU<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida, 32708 | Administrative | 100 | $2,875.05 | $0.00 | $2,875.05 | $2,875.05 | $18,288.99 |
| | ARVIND MAHENDRU<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida, 32708 | Administrative | 100 | $117.62 | $0.00 | $117.62 | $117.62 | $18,171.37 |
| Subtotals for Class Administrative  100.00% | | | | $2,992.67 | $0.00 | $2,992.67 | $2,992.67 | |
| 2 | Internal Revenue Service<br>Post Office Box 7317<br>Philadelphia, PA  19101-7317 | Priority | 280 | $1,827.96 | $0.00 | $1,827.96 | $1,827.96 | $16,343.41 |
| Subtotals for Class Priority  100.00% | | | | $1,827.96 | $0.00 | $1,827.96 | $1,827.96 | |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | 300 | $11,680.65 | $0.00 | $11,680.65 | $3,774.01 | $12,569.40 |
| 3 | N. A. as successor to FIA Card Services<br>Bank of America, N.A. (USA) and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | 300 | $22,395.91 | $0.00 | $22,395.91 | $7,236.11 | $5,333.29 |
| 4 | N. A. as successor to FIA Card Services<br>Bank of America, N.A. (USA) and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | 300 | $10,872.60 | $0.00 | $10,872.60 | $3,512.94 | $1,820.35 |
| 5 | N. A. Capital One<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712 | Unsecured | 300 | $1,305.34 | $0.00 | $1,305.34 | $421.75 | $1,398.60 |
| 6 | P. A. Neal T. McShane<br>836 Highland Avenue<br>Orlando, FL  32803-3941 | Unsecured | 300 | $4,328.69 | $0.00 | $4,328.69 | $1,398.60 | $0.00 |
| 2 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Unsecured | 380 | $114.96 | $0.00 | $114.96 | $0.00 | $0.00 |
| Subtotals for Class Unsecured  32.24% | | | | $50,698.15 | $0.00 | $50,698.15 | $16,343.41 | |
| | Totals | | | $55,518.78 | $0.00 | $55,518.78 | $21,164.04 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.